JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

Attorneys for Defendant and Counterclaim Plaintiff
META PLATFORMS, INC.

YONGYUAN "HENRY" LI (SBN 348954)
hli@yklaw.us
YK LAW LLP
445 S. Figueroa St., Ste 2280
Los Angeles, CA 90071-1667
Telephone:   +1 213 401 0970

Attorneys for Plaintiff and Counterclaim Defendant
DANA SOFT PTY LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SOFT PTY LTD, an Australian company,<br><br>                 Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No. 3:25-cv-03821-TSH<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE** |
| META PLATFORMS, INC.,<br><br>                 Counterclaim Plaintiff,<br><br>        v.<br><br>DANA SOFT PTY LTD, an Australian company,<br><br>                 Counterclaim Defendant. | |

Plaintiff Dana Soft Pty Ltd ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties") through their respective counsel of record, and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation and respectfully ask the Court to continue the mediation deadline currently set for July 10, 2026 to November 11, 2026, or at another time thereafter convenient for the Court.

**WHEREAS**, on December 10, 2025, the Court entered a Scheduling Order, which referred the parties to court-sponsored mediation to take place within 90 days of the Order, by March 10, 2026 (Dkt. 36);

**WHEREAS**, the Scheduling Order allows the parties to file a stipulation and proposed order to extend the mediation deadline if it would be beneficial to the parties;

**WHEREAS**, on December 29, 2025, the Court appointed Anne M. Lawlor Goyette at Signature Resolution as mediator;

**WHEREAS**, on January 15, 2026, a mediation status conference was scheduled for January 22, 2026;

**WHEREAS**, on January 21, 2026, the mediation status conference was continued to June 4, 2026;

**WHEREAS**, on January 22, 2026, the parties stipulated to continue the mediation deadline to July 10, 2026;

**WHEREAS**, the parties conferred and agreed that the mediation deadline should be further continued to allow the parties additional time to conduct discovery and gather information that could make the mediation more fruitful;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned counsel, that:

1.     The deadline for the parties to complete mediation should be continued to November 11, 2026.

2.     The upcoming status conference is to be rescheduled by the parties for a date closer to the continued mediation deadline by the parties and mediator.

STIPULATION TO CONTINUE
MEDIATION DEADLINE
3:25-cv-03821-TSH

**IT IS SO STIPULATED.**

Dated: May 13, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                       By: */s/ Jacob M. Heath*
                                              JACOB M. HEATH
                                              Attorneys for Defendant
                                              Meta Platforms, Inc.


Dated: May 13, 2026                    YK LAW LLP


                                       By:  */s/ Yongyuan Li*
                                              YONGYUAN "HENRY" LI
                                              Attorneys for Plaintiff
                                              DANA SOFT PTY LTD


## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.


Dated:  May 13, 2026                   By:  */s/ Jacob M. Heath*
                                              JACOB M. HEATH

STIPULATION TO CONTINUE
MEDIATION DEADLINE
3:25-CV-03821-TSH

## ORDER

Pursuant to the Joint Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED** that the July 10, 2026 mediation deadline is continued to November 11, 2026, and the upcoming status conference is to be rescheduled by the parties for a date closer to the continued mediation deadline.

**IT IS SO ORDERED.**

DATED: May _13, 2026

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge

- 4 -