JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorneys for Defendant and Counterclaim Plaintiff
META PLATFORMS, INC.

YONGYUAN "HENRY" LI (SBN 348954)
hli@yklaw.us
YK LAW LLP
445 S. Figueroa St., Ste 2280
Los Angeles, CA 90071-1667
Telephone: +1 213 401 0970

Attorneys for Plaintiff and Counterclaim Defendant
DANA SOFT PTY LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA SOFT PTY LTD, an Australian company,

Plaintiff,

v.

META PLATFORMS, INC., a Delaware Corporation; and DOES 1-10, inclusive,

Defendants.

META PLATFORMS, INC.,

Counterclaim Plaintiff,

v.

DANA SOFT PTY LTD, an Australian company,

Counterclaim Defendant.

Case No. 3:25-cv-03821-TSH

**JOINT STIPULATION TO CONTINUE DISCOVERY AND MEDIATION DEADLINES**

Plaintiff Dana Soft Pty Ltd ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), through their respective counsel of record, and without waiving any rights, claims, or defenses they have in this action, stipulate and agree as follows:

**WHEREAS**, on December 10, 2025, the Court's Scheduling Order set the following case management deadlines (Dkt. 36):

| | |
|---|---|
| Close of Fact Discovery | December 31, 2026 |
| Disclosure of Expert Witnesses | March 1, 2027 |
| Disclosure of Rebuttal Expert Witnesses | March 31, 2027 |
| Close of Expert Discovery | April 30, 2027 |
| Deadline to File Dispositive Motions | June 10, 2027 |
| Hearing on Dispositive Motions | August 5, 2027 |
| Exchange of Pretrial Disclosures | September 29, 2027 |
| Deadline to File Pretrial Documents | October 14, 2027 |
| Deadline to File Oppositions to Motions *in Limine* | October 21, 2027 |
| Pretrial Conference | November 4, 2027 |
| Final Pretrial Conference | December 2, 2027 |
| Jury Trial (Duration to be determined) | December 13, 2027 |

**WHEREAS**, on December 29, 2025, the Court appointed Anne M. Lawlor Goyette at Signature Resolution as mediator;

**WHEREAS**, on May 13, 2026, the Court granted the parties' stipulation to continue the deadline to complete court-sponsored mediation to November 11, 2026, (Dkt. 44);

**WHEREAS**, the Scheduling Order allows the parties to file a stipulation and proposed order to extend the mediation deadline if it would be beneficial to the parties;

**WHEREAS**, on October 14, 2026, Mediator Goyette held a mediation status conference with the parties where the parties discussed with Mediator Goyette continuing the mediation and case management deadlines in order to make the mediation more fruitful, and Mediator Goyette scheduled an initial mediation hearing for January 19, 2027;

**WHEREAS** the parties have been diligently conducting discovery, including searching for and producing documents, and agree that additional time is needed to complete discovery;

**WHEREAS** the parties conferred and agreed that the mediation and case management deadlines should be further continued to allow the parties additional time to conduct discovery and gather information that could make the mediation more fruitful;

**WHEREAS** this is the parties' first request to continue the discovery cut-off dates;

**WHEREAS** the requested continuance of the discovery cut-off dates is supported by good cause and would not affect the trial date, the pretrial conference dates, or the deadlines for pretrial disclosures and filings;

**NOW THEREFORE**, the parties request a continuance of the following discovery and mediation deadlines:

| | |
|---|---|
| Complete Court-Sponsored Mediation | April 30, 2027 |
| Close of Fact Discovery | April 30, 2027 |
| Disclosure of Expert Witnesses | May 7, 2027 |
| Disclosure of Rebuttal Expert Witnesses | May 21, 2027 |
| Close of Expert Discovery | June 18, 2027 |
| Deadline to File Dispositive Motions | June 25, 2027 |
| Hearing on Dispositive Motions | August 19, 2027 |

The remaining deadlines, including the trial date, shall remain the same.

**IT IS SO STIPULATED.**

Dated: October 30, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *<u>/s/ Jacob M. Heath</u>*
JACOB M. HEATH
Attorneys for Defendant
Meta Platforms, Inc.

Dated: October 30, 2026

YK LAW LLP

By: */s/ Yongyuan Li*
YONGYUAN "HENRY" LI
Attorneys for Plaintiff
DANA SOFT PTY LTD

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: October 30, 2026

By: */s/ Jacob M. Heath*
JACOB M. HEATH

**DECLARATION OF JACOB M. HEATH**

I, Jacob M. Heath, declare as follows:

1. I am a member of the State Bar of California and am authorized to practice before this Court. I am an attorney at Orrick, Herrington & Sutcliffe LLP, and represent Defendant Meta Platforms, Inc ("Meta") in the above-titled action. I make this declaration in support of the parties' Joint Stipulation to Continue Discovery and Mediation Deadlines. The facts set forth in this declaration I know to be true of my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. The previous time modifications in this case include:

a. On July 30, 2025, the Court granted Meta's unopposed motion for extension of time to respond the Complaint and extended Meta's deadline from July 28, 2025, to August 28, 2025. (Dkt. 18.)

b. On January 22, 2026, the Court granted the parties' stipulation to continue the mediation deadline from March 10, 2026, to July 10, 2026. (Dkt. 41.)

c. On May 13, 2026, the Court granted the parties' stipulation to continue the mediation deadline from July 10, 2026, to November 11, 2026. (Dkt. 44.)

3. The parties' requested continuance would extend the following deadlines:

a. Complete Court-Sponsored Mediation from November 11, 2026, to April 30, 2027;

b. Close of Fact Discovery from December 31, 2026, to April 30, 2027;

c. Disclosure of Expert Witnesses from March 1, 2027, to May 7, 2027;

d. Disclosure of Rebuttal Expert Witnesses from March 31, 2027, to May 21, 2027;

e. Close of Expert Discovery from April 30, 2027, to June 18, 2027;

f. Deadline to File Dispositive Motions from June 10, 2027, to June 25, 2027; and

g. Hearing on Dispositive Motions from August 5, 2027, to August 19, 2027.

4. The parties' requested continuance would not affect the trial date, the pretrial conference dates, or the deadlines for pretrial disclosures and filings.

5. The parties' requested continuance is supported by good cause as it would allow the parties additional time to conduct discovery and gather information that could make the mediation more fruitful. This is also the parties' first request to continue the discovery cut-off dates

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of October 2026 at Menlo Park, California.

*/s/ Jacob M. Heath*
JACOB M. HEATH

**[ORDER**

Pursuant to the Joint Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED** that the case management deadlines in this case are continued as follows:

| | |
|---|---|
| Complete Court-Sponsored Mediation | April 30, 2027 |
| Close of Fact Discovery | April 30, 2027 |
| Disclosure of Expert Witnesses | May 7, 2027 |
| Disclosure of Rebuttal Expert Witnesses | May 21, 2027 |
| Close of Expert Discovery | June 18, 2027 |
| Deadline to File Dispositive Motions | June 25, 2027 |
| Hearing on Dispositive Motions | August 19, 2027 |
| Exchange of Pretrial Disclosures | September 29, 2027 |
| Deadline to File Pretrial Documents | October 14, 2027 |
| Deadline to File Oppositions to Motions *in Limine* | October 21, 2027 |
| Pretrial Conference | November 4, 2027 |
| Final Pretrial Conference | December 2, 2027 |
| Jury Trial (Duration to be determined) | December 13, 2027 |

**IT IS SO ORDERED.**

DATED: October 30, 2026

The Honorable Thomas S. Hixson
United States Magistrate Judge